UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

D-1 Alejandro Arambula,

        Defendant.
_____/

Case: 2:22-cr-20598
Judge: Steeh, George Caram
MJ: Grand, David R.
Filed: 11-10-2022 At 03:27 PM
INDI USA V. SEALED MATTER (NA)

Violation:   21 U.S.C. § 841(a)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE:
### Possess with Intent to Distribute Fentanyl
### 21 U.S.C. § 841(a)(1)

On or about November 13, 2017, in the Eastern District of Michigan, the defendant, Alejandro Arambula, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWO:
## Possess with Intent to Distribute Fentanyl
## 21 U.S.C. § 841(a)(1)

On or about November 30, 2017, in the Eastern District of Michigan, the defendant, Alejandro Arambula, did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## FORFEITURE ALLEGATION

1.  Pursuant to Fed. R. Cr. P. 32.2(a), the government hereby provides notice to the defendants of its intention to seek forfeiture of all proceeds, direct or indirect, or property traceable thereto, all property that facilitated the commission of the violations alleged, or property traceable thereto, and all property involved in, or property traceable thereto, of the violations set forth in this Indictment.

2.  <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

    a.  Cannot be located upon the exercise of due diligence;

    b.  Has been transferred or sold to, or deposited with, a third party;

    c.  Has been placed beyond the jurisdiction of the Court;

    d.  Has been substantially diminished in value; or

   e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

          THIS IS A TRUE BILL
          *s/ Grand Jury Foreperson*
          GRAND JURY FOREPERSON

Dawn N. Ison
United States Attorney


*s/Benjamin Coats*
Benjamin Coats
Chief, Drug Task Force Unit


*s/Rajesh Prasad*
Rajesh Prasad
Assistant United States Attorney
211 W. Fort St, Suite 2001
Detroit, MI 48226
rajesh.prasad@usdoj.gov

Dated: 11/10/2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:22-cr-20598<br>Judge: Steeh, George Caram<br>MJ: Grand, David R.<br>Filed: 11-10-2022 At 03:27 PM<br>INDI USA V. SEALED MATTER (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to com...

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: *RP* |

**Case Title:** USA v. Alejandro Arambula

**County where offense occurred:** Wayne

**Check One:** ☒ Felony   ☐ Misdemeanor   ☐ Petty

_✓_ Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 10, 2022
Date

Rajesh Prasad
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0821
Fax: 313-226-3265
E-Mail address: Rajesh.Prasad@usdoj.gov
Attorney Bar #: P68519

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.